JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SAMPAT VIKRANT AKUNURI, et al,

    Plaintiffs,

v.

TRACY TARANGO, et al.,

    Defendants.

Case No. 8:25-cv-02792-KES

**JUDGMENT**

Pursuant to the Court's Order Granting Defendants' Motion to Dismiss and Dismissing Complaint Without Leave to Amend, IT IS ADJUDGED that the Complaint and entire action are dismissed.

DATED:  May 5, 2026

_____
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE